**15-25-00066-CV**



# OFFICE OF TENESHIA HUDSPETH
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

4/29/2025 10:20:41 AM

CHRISTOPHER A. PRINE
Clerk

April 29, 2025

15th Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1240384
Trial Court Number: County Civil Court at Law No. 3

**Style:**

DOMINIQUE CUNNINGHAM     VS.     JUSTICE OF THE PEACE HONORABLE JUDGE STEVE DUBLE

**APPELLANT(S)**                      **APPELLEE(S)**

**Judge:** Honorable LaShawn A. Williams
**Court Reporter: Laura Cutherell**

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| DOMINIQUE CUNNINGHAM, PRO SE | JUSTICE OF THE PEACE HONORABLE JUDGE STEVE DUBLE |
| *NO PHYSICAL ADDRESS | 1302 PRESTON |
|  PER CUSTOMER* | HOUSTON TEXAS 77002 |
| Phone: 832-602-3855 | Phone: N/A |
| Fax: N/A | Fax: N/A |
| E-Mail: dominiquedenise.c@gmail.com | E-Mail: myjp12@jp.hctx.net |

Dominique Cunningham, appellant, filed a Notice of Appeal on April 8, 2025 from the Order that was signed on January 13, 2025.

The Clerk's Record is due to your office on or before March 14, 2025.

Michelle Martinez
Deputy Clerk
201 Caroline, Suite 300
Houston, Texas 77002
(713) 274-1647

4/8/2025 5:07 PM
Teneshia Hudspeth
County Clerk
Harris County

**Harris County - County Civil Court at Law No. 3**

# County Civil Court at Law 3
# Harris County, Texas

| | |
|---|---|
| Dominique Cunningham | 1240384 |
| Plaintiff | CASE NUMBER |

v.

| | |
|---|---|
| Justice of the Peace Honorable Judge Steve Duble | LaShawn Williams |
| Defendant | JUDGE |

## NOTICE OF APPEAL

Notice is hereby given that __Dominique Cunningham__

appeals to the Fifteenth Court of Appeals:

*Tex. Civ. Prac. & Rem. Ann. § 66.001*, expresses legal grounds a statutory county court Judge has if presiding over a Chapter 66 Quo Warranto litigation. The case was dismissed in County Civil Court at Law 3 for lack of jurisdiction, without citation issued and without opposing party. Pursuant to TEX. R. JUDICIAL ADMINISTRATION 7.2 (c), TEX. CIV. PRAC. & REM. ANN. § 66, TEX. LOC. GOV'T. ANN. § 87, TEX. R. APP. P. 26.1 (a)(4), TEX. GOV'T. ANN. § 22.220 (a), and TEX. R. APP. P. 24.4; Plaintiff appeals to the Fifteenth Court of Appeals. Plaintiff is indigent and continues Pro Se, in appeal.

entered on this date __01-13-2025__

Attorney/Pro Se Litigant Signature _[signature]_

Print Name __Dominique Cunningham__

Address __1500 Hadley__

City, State, Zip __Houston, Texas 77052-9999__

Telephone __(832) 602-3855__

## Certificate of Service

On April 08, 2025, I filed Notice of Appeal with the clerk of court for Harris County, County Civil Court at Law 3, Southern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized in Federal Rules of Civil Procedure 5 (b)(2).

_____
Signature

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99431986
Filing Code Description: Notice of Appeal
Filing Description:
Status as of 4/9/2025 8:39 AM CST

Associated Case Party: Harris County Justice of Peace Honorable Judge Steve Duble

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Steve Duble | | myjp12@jp.hctx.net | 4/8/2025 5:07:31 PM | SENT |

| | | |
|---|---|---|
| DOMINIQUE CUNNINGHAM | § | IN THE COUNTY CIVIL COURT |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | AT LAW NUMBER THREE (3) |
| | § | |
| HARRIS COUNTY JUSTICE OF PEACE | § | |
| HONORABLE JUDGE STEVE DUBLE | § | FOR HARRIS COUNTY, TEXAS |
| | § | |
| *Defendant* | § | |

## ORDER

This matter came before the Court on the Court's review sua sponte of jurisdiction. The Court finds that it does not have jurisdiction.

THEREFORE, the case shall be dismissed for lack of jurisdiction.

It is hereby, ORDERED that this appeal from the Justice of the Peace Court is hereby dismissed for lack of jurisdiction.

This order is final and appealable.

SIGNED this January 13, 2025

**PRESIDING JUDGE**